```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
               AT CHARLESTON
```

**WILLIAM MCGURGAN,**

    Plaintiff,

v.                             Civil Action No. 2:20-cv-00173

**LESLE HARMAN,
SYDNE BREEDON,
BRITNEY BREEDON,
SYDNE KUHN,
LEAANN BESS, and
WARDEN OF SOUTH CENTRAL
REGIONAL JAIL, All in their
individual capacity,**

    Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Dwane L. Tinsley, entered on January 29, 2021 (ECF No. 6); and the Magistrate Judge having recommended that the court deny the plaintiff's <u>pro se</u> letter-form motion for the court to provide for legal writing materials without restriction,[1] filed by the Clerk on March 9, 2020 (ECF No. 2), and leave this matter referred to the Magistrate Judge for further proceedings; and no objection

---

[1] The Magistrate Judge construed the motion as a request for a preliminary injunction and recommends denying it on the ground that the plaintiff has not met the standard for obtaining preliminary relief.  <u>See</u> ECF No. 6.

having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge (ECF No. 6) be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that the plaintiff's letter-form motion for the court to provide for legal writing materials without restriction (ECF No. 2) be, and hereby it is, denied.

It is further ORDERED that this matter is referred to the Magistrate Judge for further proceedings.

The Clerk is directed to transmit copies of this memorandum opinion and order to the _pro se_ plaintiff, all counsel of record, any other unrepresented party, and the United States Magistrate Judge.

ENTER: February 26, 2021

John T. Copenhaver, Jr.
Senior United States District Judge