IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WILLIAM MCGURGAN,

    Plaintiff,

v.                                                    Case No. 2:20-cv-00173

LESLE HARMAN, SYDNE BREEDON,
BRITNEY BREEDON, SYDNE KUHN,
LEAANN BESS, and WARDEN OF SOUTH
CENTRAL REGIONAL JAIL,

    Defendants.

**PROPOSED FINDINGS AND RECOMMENDATION**

This matter is assigned to the Honorable John T. Copenhaver, Jr., Senior United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

The plaintiff filed his initial Complaint in this matter on March 9, 2020, alleging that defendants had restricted his writing materials and tampered with his mail. However, the allegations in the initial Complaint failed to state a plausible claim for relief against any of the named defendants. On January 29, 2021, the undersigned entered an Order and Notice (ECF No. 5) granting the plaintiff leave to file an Amended Complaint setting forth proper claims against properly identified defendants and to pay the applicable filing fee or file an Application to Proceed Without Prepayment of Fees and Costs ("Application") by March 1, 2021. The undersigned's Order and Notice further notified the plaintiff that the failure to comply therewith would result in the undersigned's

recommendation to the presiding District Judge that this matter be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

The plaintiff has failed to file an Amended Complaint and failed to pay the filing fee or file an Application as ordered.  In fact, he has failed to communicate in any way with the court concerning this matter, despite still being listed as being incarcerated at the Southwestern Regional Jail.  Thus, this court is unable to move this matter forward.  Accordingly, the responsibility for the delay in the progress of this matter is entirely on the plaintiff; and dismissal, as warned in the undersigned's Order and Notice, appears to be the only appropriate sanction.

## RECOMMENDATION

The undersigned proposes that the presiding District Judge **FIND** that the plaintiff has failed to prosecute this civil action.  Therefore, it is respectfully **RECOMMENDED** that the presiding District Judge **DISMISS** this matter for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The plaintiff is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable John T. Copenhaver, Jr., Senior United States District Judge.  Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(C), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and then three days (service/mailing), from the date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of this Proposed Findings and Recommendation to which objection is made, and the basis of such objection.  Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be served on Judge Copenhaver.

The Clerk is directed to file this Proposed Findings and Recommendation and to mail a copy of the same to the plaintiff.

March 9, 2021

Dwane L. Tinsley
United States Magistrate Judge