```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**WILLIAM MCGURGAN,**

      Plaintiff,

v.                                    Civil Action No. 2:20-cv-00173

**LESLE HARMAN,**
**SYDNE BREEDON,**
**BRITNEY BREEDON,**
**SYDNE KUHN,**
**LEAANN BESS,** and
**WARDEN OF SOUTH CENTRAL**
**REGIONAL JAIL,** All in their
individual capacity,

      Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on March 9, 2021 (ECF No. 8); and the Magistrate Judge having recommended that the court dismiss this action under Fed. R. Civ. P. 41(b) due the plaintiff's failure to prosecute it; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge (ECF No. 8) be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that this action be, and

hereby it is, dismissed.

The Clerk is directed to transmit copies of this memorandum opinion and order to the pro se plaintiff, all counsel of record, any other unrepresented party, and the United States Magistrate Judge.

ENTER: April 5, 2021

_____
John T. Copenhaver, Jr.
Senior United States District Judge